### ESTATE OF CHARLES BROAD.

No. 7446—Sept., 1878.

Account of executrix.—Items of taxes and assessments disbursed on account of real estate specifically but conditionally devised chargeable upon estate. — Rents to be collected by executrix until condition has been fulfilled.

Where a parcel of land has been devised conditioned that the devisee pay to a legatee the sum of one thousand dollars, the title does not pass until the money is paid; and the executrix must, out of the estate, pay the taxes, etc., upon the lot, and is entitled to the rents, until condition complied with.

Construing section, C. C. P., 1669.

*John Wade*, for widow and executrix.

*J. C. Cary*, for contestant.

The controversy arises under the following clause in the will:

"I give and bequeath to my daughter, Lilly Ann Broad, all that certain [real estate] subject to my said daughter paying to my wife $1,000; the title to said piece of land shall pass to my said daughter upon payment of said sum, and not until she pays said sum to my said wife."

The executrix has collected the rents and has paid taxes and street assessments on this lot. The receipts exceed the disbursements.

By the Court: By this will the title does not pass to Lilly until the payment of the $1,000. The right to the

rents and the duty of bearing the burden of taxation follow the title; and until the title passes, the right to the rents is in the estate. Lilly can have the rents only from the time of paying the $1,000.

Objections to the account overruled.